UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
HELAYNE SEIDMAN,                                :

        Plaintiff,                                    :

    - against-                                        :   Index No.: 08 Civ. 2948 (DC)

                                                                                       RULE 7.1 DISCLOSURE STATEMENT

                                                                                       :

TIME INC.,

        Defendant.                                   :

------------------------------------------------------------------- x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible reasons for disqualification or recusal, counsel for defendant Time Inc. certifies the following: that Time Inc. is an indirect wholly owned subsidiary of Time Warner Inc., which is a publicly traded Delaware corporation. Time Warner Inc holds interest in the following publicly held companies:

<u>5-10% Share</u>
The Knot, Inc.

<u>75%-100% Share</u>
Time Warner Cable Inc.

Dated: New York, New York
       March 28, 2008

TIME INC.

By: _____
Andrew Lachow (AL-2932)
Vice President & Deputy General
        Counsel-Litigation
1271 Avenue of the Americas
New York, New York 10020
(212) 522-8307 (tel)
(212) 467-0860 (fax)