UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :        08 CIV. 2948 (DLC)
HELAYNE SEIDMAN,                          :
                       Plaintiff,         :        PRETRIAL
                                          :        SCHEDULING ORDER
         -v-                              :
                                          :   ┌─────────────────────────────┐
TIME INC.,                                :   │ USDC SDNY                   │
                       Defendant.         :   │ DOCUMENT                    │
                                          :   │ ELECTRONICALLY FILED        │
------------------------------------------X   │ DOC #:                      │
                                              │ DATE FILED: 11-11-08        │
DENISE COTE, District Judge:                  └─────────────────────────────┘

     As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on July 10, 2008, the following schedule
shall govern the further conduct of pretrial proceedings in this
case:

1.   The parties are instructed to contact the chambers of
     Magistrate Judge Kevin N. Fox prior to **July 25, 2008** in
     order to pursue settlement discussions under his
     supervision.

2.   No additional parties may be joined or pleadings amended
     after **July 25, 2008**.

3.   The parties shall comply with their Rule 26(a)(1),
     Fed.R.Civ.P., initial disclosure obligations by **September
     26, 2008**.

4.   Plaintiff's identification of experts and disclosure of
     expert testimony conforming to the requirements of Rule
     26(a)(2)(B), Fed.R.Civ.P., must occur by **January 9, 2009**.
     Defendant's identification of experts and disclosure of
     expert testimony must occur by **January 30, 2009**.

5.   All discovery must be completed by **February 27, 2009**.

6.   The Joint Pretrial Order must be filed by **March 20, 2009**.

As described in greater detail in this Court's Individual
Practices in Civil Cases, the following documents must be
filed with the Pretrial Order:  Voir Dire, Requests to
Charge and a Memorandum of Law addressing all questions of
law expected to arise at trial.  Any responsive papers are
due one week thereafter.  Counsel will provide the Court
with two (2) courtesy copies of all pretrial documents at
the time of filing.

Dated:    New York, New York
          July 11, 2008

                                _____
                                DENISE COTE
                          United States District Judge